# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-964

**Caption [use short title]:** Damri v. LivePerson, Inc.

**Motion for:** Withdrawal of Counsel

**Set forth below precise, complete statement of relief sought:**

Withdrawal of Samuel M. Light as counsel on account of his leaving the firm of Fried, Frank, Harris, Shriver & Jacobson LLP

**MOVING PARTY:** Defendants-Appellees
**OPPOSING PARTY:** Plaintiff-Appellant

- [ ] Plaintiff
- [x] Defendant
- [ ] Appellant/Petitioner
- [x] Appellee/Respondent

**MOVING ATTORNEY:** Samuel M. Light
**OPPOSING ATTORNEY:** Tamar Weinrib

*[name of attorney, with firm, address, phone number and e-mail]*

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza, New York, NY 10004
samuel.light@friedfrank.com; 212-859-8000

Pomerantz LLP
660 3rd Ave., 20th Fl., New York, NY 10016
taweinrib@pomlaw.com; 212-661-1100

**Court-Judge/Agency appealed from:** SDNY, Hon. Paul A. Engelmayer

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
- [x] Yes
- [ ] No (explain):

Opposing counsel's position on motion:
- [x] Unopposed
- [ ] Opposed
- [ ] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [x] No
- [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?
- [ ] Yes
- [ ] No

Has this relief been previously sought in this court?
- [ ] Yes
- [ ] No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?
- [ ] Yes
- [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?
- [ ] Yes
- [x] No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Samuel M. Light   **Date:** 6/30/2025   **Service:** [x] Electronic  [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| NOAM DAMRI, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff-Appellant,<br><br>- against -<br><br>LIVEPERSON, INC., ROB LOCASCIO, and JOHN COLLINS,<br><br>         Defendants-Appellees. | Case No. 25-964<br><br>**DECLARATION OF SAMUEL M. LIGHT IN SUPPORT OF DEFENDANTS-APPELLEES' MOTION FOR WITHDRAWAL OF COUNSEL** |

Samuel M. Light declares:

1. I am an attorney with the law firm Fried, Frank, Harris, Shriver & Jacobson LLP, which represents Defendants LivePerson, Inc. (LivePerson), Robert (Rob) LoCascio, and John Collins (collectively, "Defendants-Appellees") in the above-captioned action. I submit this declaration in support of Defendants-Appellees' motion for withdrawal of counsel. I have personal knowledge of the facts set forth in this declaration.

2. As of July 1, 2025, I will no longer be associated with the law firm Fried, Frank, Harris, Shriver & Jacobson LLP. Peter L. Simmons of Fried, Frank, Harris, Shriver & Jacobson LLP has entered a notice of appearance (Docket Entry 7.1) and will continue as counsel for Defendants-Appellees.

3. A copy of the Motion Information Statement and this Declaration was served on Defendants-Appellees via email on June 30, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2025

*/s/ Samuel M. Light*
Samuel M. Light
